# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-3364
_____

Lisa Macon

*Plaintiff - Appellant*

v.

Arkansas Workers Compensation Commission

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central
_____

Submitted: April 7, 2021
Filed: April 9, 2021
[Unpublished]
_____

Before GRUENDER, WOLLMAN, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Lisa Macon appeals the district court's[1] dismissal of her employment discrimination complaint. After careful review of the record and the parties'

_____

[1]The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas.

arguments on appeal, we find no basis for reversal.  *See Zink v. Lombardi*, 783 F.3d 1089, 1098 (8th Cir. 2015) (en banc) (per curiam) (standard of review).  Accordingly, we affirm.  *See* 8th Cir. R. 47B.

_____